UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MATEO ALEJANDRO PEREZ LOPEZ,** | Civil Action No. 26-1484 (RK) |
| Petitioners, | |
| v. | ORDER |
| **LUIS SOTO, et al.,** | |
| Respondents. | |

Petitioner Mateo Alejandro Perez Lopez has filed a habeas petition pursuant to 28 U.S.C. § 2241 and a motion for an Order to Show Cause challenging his immigration detention without bond since February 11, 2026. (*See* ECF Nos. 1-2.) Petitioner, who does not disclose his country of citizenship, allegedly entered the United States on October 9, 2024, and was detained at Delaney Hall at the time he filed the instant Petition. (*See* Petition at ¶¶ 1, 4.)

"Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face." *McFarland v. Scott*, 512 U.S. 849, 856 (1994); *United States v. Thomas*, 221 F.3d 430, 437 (3d Cir. 2000); *see* Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) (requiring a district court to examine a habeas petition prior to ordering an answer and dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court"). The Court has examined the Petition and determined that dismissal prior to the answer is not warranted.

The Court also GRANTS the motion for an OTSC pursuant to its authority under the All Writs Act, 28 U.S.C. § 1651, and temporarily enjoins Respondents from transferring Petitioner

from his current detention facility or removing him from the United States pending further Order of the Court.[1] The Court defers addressing the merits of the Petition and other relief requested until the matter is fully briefed.

**THEREFORE**, it is on this 27th day of February 2026;

**ORDERED that the Motion for an OTSC (ECF No. 2) is GRANTED IN PART; pursuant to this Court's authority under the All Writs Act, 28 U.S.C. § 1651, Respondents are temporarily enjoined from transferring Petitioner from his current detention facility or removing him from the United States pending further Order of the Court; and it is further**

**ORDERED** that, in accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court has examined the Petition and determined that dismissal of the Petition prior to submission of an answer and the record is not warranted; and it is further

**ORDERED** that the Clerk of the Court shall serve copies of the Petition and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition and this Order to Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

---

[1] Petitioner's counsel wrote to inform the Court that Petitioner is currently detained at a detention facility in Arizona. (ECF No. 3.) The Court is unable to conduct a search of the Immigration and Customs Enforcement Detainee Locator without Petitioner's country of citizenship but will enjoin transfer from his current facility.

**ORDERED** that, within 7 days, Respondent shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations in the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243, and provide the relevant legal analysis and record, including all relevant documents related to Petitioner's arrest, detention, and removal proceedings; and it is further

**ORDERED** that Respondent shall raise in the answer any appropriate defenses and relevant legal arguments with citations to appropriate legal authority; and it is further

**ORDERED** that Respondent shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; it is further

**ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry; and it is further

**ORDERED** that Petitioner may file and serve a reply in support of the Petition within 7 days after the answer is filed; and it is further

**ORDERED** that the Clerk of the Court shall terminate the motion pending at Docket Entry No. 2.

_____
ROBERT KIRSCH
United States District Judge